# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

HONORABLE THOMAS M. LYNCH        Hearing Date: 12-2-15

Bankruptcy Case No. 14-B-81954    Adversary No. _____

Title of Cause: 7003 Alpine LLC

Brief Statement of Motion: To Amend Scheduling Order Re: Final Decree

Name and Addresses of moving counsel: George Hampilos
308 W. State #210
Rockford, IL 61101

Representing: 7003 Alpine

### ORDER

Counsel for DIP shall file a Report of Distributions under the confirmed Plan by 1-13-16. DIP shall file its Motion for Entry of Final Decree by 1-13-16 and the Court shall conduct a status hearing on entry of final decree on 1-20-16 @ 10:30 a.m.

DATE: DEC - 2 2015

ENTER:

JUDGE THOMAS M. LYNCH

Prepared and Submitted by:

George Hampilos
308 W. State #210
Rockford, IL 61101