UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-81954 |
| | ) | |
| 7003 NORTH ALPINE, LLC | ) | Chapter: 11 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS MATTER having come before the Court on the Motion for Entry of Final Decree; all parties in interest having been given notice and an opportunity to appear, and the Court being fully advised, IT IS HEREBY ORDERED that the Motion for entry of Final Decree is granted, and the case is closed, subject to the Debtor-in-Possession paying all accrued administrative expense fees owed to the U.S. Trustee by January 31, 2016.

Enter:

_/s/_ United States Bankruptcy Judge

Dated: **JAN 25 2016**

**Prepared by:**
George P. Hampilos -- 6210622
HAMPILOS & LANGLEY, LTD.
308 West State Street #210
Rockford, IL  61101
Telephone: 815-962-0044
Fax: 815-962-6250

Rev: 20130103_bko